1
2
3
4
5
6
7
8      UNITED STATES DISTRICT COURT FOR THE
9      EASTERN DISTRICT OF CALIFORNIA
10
11
12
13   MELANIE BULLIVANT,                        Case No.:  2:24-cv-01883-DJC-CSK
14       Plaintiff,
15        v.                                   CONSENT ORDER
16   U.S. DEPARTMENT OF AGRICULTURE,
17       Defendants.
18
19         Each of the parties in the above-captioned case consented to the jurisdiction of
20   a United States Magistrate Judge under 28 U.S. Code § 636(c)(1).  See ECF No. 4.  See
21   also ECF No. 9.
22         The undersigned, having reviewed the file herein, good cause appearing,
23   recommends that the above-captioned case be referred to the assigned Magistrate
24   Judge for review, and if approved, be reassigned to said judge for all further
25   proceedings, including, if appropriate, authority to enter a final judgment in the
26   action.  See E.D. Cal. L.R. 305(b).  See also Fed. R. Civ. P. 73(a).
27   ///
28   ///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court reassign this case to the Honorable Magistrate Judge Chi Soo Kim for all further proceedings including, but not limited to, motions to dismiss, motions for summary judgment, a jury or non-jury trial, and entry of final judgment;

2. All deadlines and pending dates previously set before Judge Calabretta be VACATED and RESET before the assigned Magistrate Judge; and

3. The parties take note that all documents hereafter filed with the Clerk of the Court bear case number: 2:24-cv-01883-CSK.

IT IS SO ORDERED.

DATED: December 3, 2024          /s/ Daniel J. Calabretta
_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

Having also reviewed the file, I accept reference of this case for all further proceedings, including entry of final judgment.

DATED: December 2, 2024

_____
THE HONORABLE CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE