1  PHILLIP A. TALBERT
   United States Attorney
2  BENJAMIN E. HALL
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000

5  Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE BULLIVANT,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF AGRICULTURE, et al.,<br><br>    Defendants. | Case No. 2:24-cv-01883-CSK<br><br>**STIPULATION AND PROPOSED ORDER TO SUBSTITUTE UNITED STATES OF AMERICA AS DEFENDANT** |

Plaintiff, Melanie Bullivant, and Defendants, U.S. Department of Agriculture, et al., hereby stipulate to substitute the United States of America as defendant in place of the U.S. Department of Agriculture and to dismiss all remaining defendants from this action. The United States is the only proper defendant in an action brought under the Federal Tort Claims Act. 28 U.S.C. §§ 1346(b)(1) and 2679(a); *F.D.I.C. v. Craft*, 157 F.3d 697, 706 (9th Cir. 1998) ("The FTCA is the exclusive remedy for tortious conduct by the United States, and it only allows claims against the United States. Although such claims can arise from the acts or omissions of United States agencies (28 U.S.C. § 2671), an agency itself cannot be sued under the FTCA.").

///
///
///

1 | Dated: January 6, 2025

PHILLIP A. TALBERT
United States Attorney

By: /s/ BENJAMIN E. HALL
BENJAMIN E. HALL
Assistant United States Attorney
Attorney for Defendants

Dated: ~~January~~ February 4, 2025

*M. Bullivant*
MELANIE BULLIVANT

## ORDER

IT IS SO ORDERED.

Dated: February 20, 2025

*Chi Soo Kim*
UNITED STATES MAGISTRATE JUDGE
CHI SOO KIM