UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE BULLIVANT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 2:24-cv-01883 CSK<br><br>ORDER DENYING PLAINTIFF'S MOTION TO MODIFY THE PRETRIAL SCHEDULING ORDER<br><br>(ECF No. 32) |

　　　　Pending before the Court is Plaintiff's Supplemental Status Report filed on April 8, 2025.[1] (ECF No. 32.) Plaintiff is seeking to modify the Court's deadlines set forth in the Pretrial Scheduling Order issued on March 7, 2025. (ECF No. 29.) The Court will construe Plaintiff's filing as a motion to modify the Pretrial Scheduling Order pursuant to Federal Rules of Civil Procedure 16. The case schedule in this action became final on March 21, 2025, fourteen days after the entry of the Pretrial Scheduling Order. *See* ECF No. 29 at 11. Plaintiff did not timely file written objections to modify the March 7, 2025 Pretrial Scheduling Order within the required timeframe. *See* Docket. The Court will deny Plaintiff's motion for failure to establish good cause to modify the schedule pursuant to

---

[1] This case proceeds before the undersigned pursuant to 28 U.S.C. § 636(c) for all purposes, including the entry of judgment, pursuant to the consent of all parties. (ECF Nos. 4, 9, 10.)

1

Federal Rules of Civil Procedure 16(b)(4). Accordingly, the Court **DENIES** Plaintiff's motion to modify the Pretrial Scheduling Order.

Dated: May 27, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, bull1883.24