Melanie Bullivant
P.O. Box 105
Aguilar, CO 81020
(719) 680-8500
MelanieBullivant@use.startmail.com

Plaintiff

ERIC GRANT
United States Attorney
JOSEPH FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:      joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
Facsimile:  (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MELANIE BULLIVANT, | No. 2:24-cv-01883-CSK |
|---|---|
| Plaintiff, | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER FOR STAYING CASE AND MODIFYING PRETRIAL SCHEDULING ORDER (ECF 29) DUE TO LAPSE IN APPROPRIATIONS** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

  IT IS HEREBY STIPULATED, by and between the parties and subject to Court approval, and in light of the current lapse in appropriations to the Department of Justice, that (1) this action be stayed pending the restoration of appropriations or the enactment of a continuing resolution, and (2) the parties submit a joint stipulation and proposed order modifying the current Pretrial Scheduling Order (*see* ECF 29) within seven days of the restoration of appropriations or the enactment of a continuing resolution. The reasons for this stipulation are as follows.

1. At the end of the day on September 30, 2025, the appropriations that have been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation or continuing resolution, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. That exception is not deemed to include most civil cases.

3. Based on the foregoing, the parties respectfully submit that there is good cause to stay this action pending the restoration of appropriations or the enactment of a continuing resolution, and to direct the parties submit a joint stipulation and proposed order modifying the current Pretrial Scheduling Order within seven days of the restoration of appropriations or the enactment of a continuing resolution.

Respectfully submitted,

Dated:   *See original signed stipulation at ECF 42*
MELANIE BULLIVANT
Plaintiff

Dated:   ERIC GRANT
United States Attorney

By:   *See original signed stipulation at ECF 42*
JOSEPH FRUEH
Assistant United States Attorney

Attorneys for Defendant

**IT IS SO ORDERED**

Dated: 11/10/25

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, bull1883.24

STIPULATION AND P̶R̶O̶P̶O̶S̶E̶D̶ ORDER FOR STAYING CASE
AND MODIFYING PRETRIAL SCHEDULING ORDER     2