Melanie Bullivant
P.O. Box 105
Aguilar, CO  81020
(719) 680-8500
MelanieBullivant@use.startmail.com

Plaintiff

ERIC GRANT
United States Attorney
JOSEPH FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
E-mail:    joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
Facsimile: (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE BULLIVANT,<br><br>            Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | No. 2:24-cv-01883-CSK<br><br>**STIPULATION AND ~~PROPOSED~~ MODIFIED ORDER FOR LIFTING STAY AND MODIFYING PRETRIAL SCHEDULING ORDER** |

IT IS HEREBY STIPULATED, by and between the parties and subject to Court approval, that (1) the stay in this action be lifted in light of the restoration of appropriations and the return of federal employees to the workplace, and (2) the parties submit a joint stipulation and proposed order modifying the current Pretrial Scheduling Order (*see* ECF 29) no later than December 19, 2025.  The reasons for this stipulation are as follows.

1.     Undersigned counsel for the United States was first assigned to this matter on August 14, 2025, due to the imminent retirement of the previously assigned Assistant U.S. Attorney.  At that time, the undersigned counsel for the United States was preparing for and then conducted a jury trial before Chief Judge Nunley from September 15 to 24, 2025.

2. One week after the conclusion of trial, the appropriations that had been funding the Department of Justice expired, and appropriations to the Department lapsed at the end of the day on September 30, 2025.

3. Since October 1, 2025, counsel for the United States has been prohibited by federal statute from working on this case. *See* 31 U.S.C. § 1342 (prohibiting federal employees from working, even on a voluntary basis, except in limited circumstances, including "emergencies involving the safety of human life or the protection of property"). Attorneys and other employees of the United States Forest Service and United States Department of Agriculture also were furloughed.

4. Although undersigned counsel for the United States was prohibited from working on this and other civil matters, he was and still is required to work on numerous petitions for habeas corpus and motions for temporary restraining orders ("TROs") filed by noncitizens in immigration detention. Indeed, since late summer 2025, the United States Attorney's Office, like this Court, has been inundated with these filings. Since just last Sunday, November 9, 2025, the United States Attorney's Office received 45 new habeas cases with 35 new TROs. The undersigned counsel for the United States has averaged one or two new habeas matters or TROs each week, making it exceedingly difficult to predict and plan for discovery, briefs, hearings, and other obligations in other ongoing civil matters.

5. Moreover, the undersigned Assistant U.S. Attorney is juggling numerous new case-related obligations occasioned by ongoing staff and attorney departures from the United States Attorney's Office and the federal hiring freeze, *see* Memorandum for the Heads of Executive Departments and Agencies (Apr. 17, 2025), https://www.whitehouse.gov/presidential-actions/2025/04/extension-of-hiring-freeze; Memorandum for the Heads of Executive Departments and Agencies (July 7, 2025), https://www.whitehouse.gov/presidential-actions/2025/07/ensuring-accountability-and-prioritizing-public-safety-in-federal-hiring. The Office has been unable to hire any new civil defense attorneys for several years, and just last week, it was announced that the Office's heads of defensive and affirmative civil litigation were resigning, effective this week and next.

6. On the morning of November 12, 2025, this Court issued an Order (1) approving the parties' stipulation to stay this action pending the restoration of appropriations to the Department of

Justice, and (2) directing the parties to file a joint stipulation and proposed order modifying the current Pretrial Scheduling Order within seven days of the restoration of appropriations. *See* ECF 43.

7. On the night of November 12, 2025, the President signed a funding bill restoring appropriations to the Department of Justice. The parties accordingly agree that the stay in this matter may be lifted.

8. Notwithstanding the foregoing delays and interruptions to the ordinary course of business, the parties are presently working to determine mutually agreeable dates for depositions and responses to written discovery requests, as well as proposed modifications to the Pretrial Scheduling Order. The parties respectfully request up to and including December 19, 2025, to file their proposed modifications to the Pretrial Scheduling Order.

Respectfully submitted,

Dated:   *See original signed stipulation at ECF 48*
MELANIE BULLIVANT
Plaintiff

Dated:   ERIC GRANT
United States Attorney

By:   *See original signed stipulation at ECF 48*
JOSEPH FRUEH
Assistant United States Attorney

Attorneys for Defendant

**ORDER**

The stay of this action is lifted. The parties are ordered to file their proposed modifications to the Pretrial Scheduling Order on or by December 19, 2025.

This order also resolves filings at ECF Nos. 45 and 47.

**IT IS SO ORDERED.**

Dated:  December 8, 2025

HON. CHI SOO KIM
United States Magistrate Judge

4, bull1883.24