UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE BULLIVANT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. 2:24-cv-01883-CSK<br><br><br>ORDER MODIFYING PRETRIAL SCHEDULING ORDER<br><br>(ECF No. 29) |

On December 8, 2025, the Court lifted the stay in this action in light of the restoration of appropriations to the United States Department of Justice and ordered the parties to file their proposed modifications to the March 7, 2025 Pretrial Scheduling Order. 12/8/2025 Order (ECF No. 49). Plaintiff Melanie Bullivant and Defendant United States of America have each filed their separate proposed modifications to the March 7, 2025 Pretrial Scheduling Order for the Court's review. *See* ECF Nos. 53, 45. Finding good cause, the following deadlines set for in the March 7, 2025 Pretrial Scheduling Order (ECF No. 29) are modified as follows:

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Initial Disclosure Exchange | **March 14, 2025** | **No change** |
| Joint Mid-Discovery & Mediation Status Report | **June 10, 2025** | **No change** |

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Mid-Discovery Status Conference | June 24, 2025 | No change |
| Non-Expert Discovery Completion | November 17, 2025 | March 20, 2026 |
| Expert Disclosures | December 1, 2025 | April 3, 2026 |
| Rebuttal Expert Disclosures | January 5, 2026 | May 1, 2026 |
| Expert Discovery Completion | February 2, 2026 | June 26, 2026 |
| If cross-motions for summary judgment,[1] Plaintiff's Summary Judgment Motion Filed By | February 10, 2026 | July 7, 2026 |
| If no cross-motions for summary judgment, Dispositive Motion Filed By | February 24, 2026 | July 28, 2026 |
| Dispositive Motions Heard By | March 31, 2026 | September 1, 2026 |
| Joint Pretrial Statement Filed By | 21 days before the FPTC | No change |
| Motions In Limine & Other Pretrial Documents Filed By | 14 days before the FPTC | No change |
| Final Pretrial Conference ("FPTC") and Motions In Limine Hearing | June 25, 2026 at 10:00 a.m. | December 10, 2026 at 10:00 a.m. |
| Bench Trial (1-5 days) | August 3, 2026 at 9:30 a.m. | January 25, 2027 at 9:30 a.m. |

Dated: January 7, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, bull1883.24

---

[1] If both Plaintiff and Defendant intend to file motions for summary judgment, the parties must follow the schedule set out in Judge Kim's Civil Standing Orders for cross-motions for summary judgment.

2