UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE BULLIVANT, | Case No.: 2:24-cv-1883-CSK |
| Plaintiff, | [Proposed] MODIFIED ORDER RE: SCHEDULE |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

This matter comes to the Court upon the joint stipulation of both parties to modify the case deadlines. **(ECF Nos. 66, 68.)** Finding good cause, the Court hereby modifies the case deadlines in this case as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Non-expert discovery | 6/26/2026 | 9/30/2026 |
| Initial expert disclosures | 8/10/2026 | 11/10/2026 |
| Rebuttal expert disclosures | 9/1/2026 | 12/1/2026 |
| Expert discovery completion | 10/1/2026 | 1/4/2027 |
| Plaintiff's summary judgment motion (if cross-motions) | 10/27/2026 | 1/25/2027 |

| Event | Current Deadline | New Deadline |
|---|---|---|
| Defendant's motion for summary judgment (if no cross-motions) | 11/17/2026 | **2/16/2027** |
| Dispositive motions heard by | 12/22/2026 | **3/23/2027** |
| Final Pretrial Conference and Motions In Limine Hearing | 3/25/2027 | **6/14/2027 at 2:00 p.m., Courtroom 25** |
| Bench Trial | 4/19/2027 | **7/19/2027 at 9:30 a.m., Courtroom 25** |

All other requirements in the Court's March 7, 2025 Pretrial Scheduling Order (ECF No. 29) remain in place.

IT IS SO ORDERED.

Dated: 06/05/26

_____
HONORABLE CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

8, bull.1883.24