UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELANIE BULLIVANT,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. 2:24-cv-01883-CSK

ORDER MODIFYING PRETRIAL SCHEDULING ORDER

The Court is in receipt of Plaintiff Melanie Bullivant's motion to modify the pretrial scheduling order filed on September 17, 2026. (ECF No. 74.) Defendant United States of America filed a statement of non-opposition to Plaintiff's motion. (ECF No. 77.) Finding good cause, the Court GRANTS Plaintiff's motion and orders the following as modified:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Non-Expert Discovery Completion | September 30, 2026 | December 31, 2026 |
| Expert Disclosures Due By | November 10, 2026 | January 15, 2027 |
| Rebuttal Expert Disclosures Due By | December 1, 2026 | March 1, 2027 |
| Expert Discovery Completion | January 4, 2027 | April 5, 2027 |
| If cross-motions for summary judgment, Plaintiff's Summary | January 25, 2027 | April 27, 2027 |

| Event | Current Deadline | New Deadline |
|---|---|---|
| Judgment Motion Filed By | | |
| If no cross-motions for summary judgment, Dispositive Motions Filed By | February 16, 2027 | May 18, 2027 |
| Dispositive Motions Heard By | March 23, 2027 | June 22, 2027 |
| Final Pretrial Conference and Motions In Limine Hearing | June 14, 2027 | September 17, 2027 at 10:00 a.m. in Courtroom 25 |
| Bench Trial | July 19, 2027 | November 1, 2027 at 9:30 a.m., Courtroom 25 |

All other requirements in the Court's March 7, 2025 Pretrial Scheduling Order (ECF No. 29) remain in place.

Dated: September 28, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

8, bull1883.24